# EXHIBIT 1



Worldwide Marine Oil Suppliers

1725 Hughes Landing Blvd., Suite 890
The Woodlands, TX 77380, USA
TEL: +1 713.622.0600 FAX: +1 713.622.0609 EMAIL:HOUSTON@PRAXISENERGYAGENTS.COM

BUNKER NOMINATION                       CONTRACT NUMBER:    23211

**CONTRACT DATE:**   10 December 2019

| | |
|---|---|
| **BUYER:** | **TO:** ELETSON CORPORATION |
| M/V ANDIMILOS (IMO: 9282998) | **ATTENTON:** YIANNIS ZILAKOS |
| AND/OR VENETIKO SHIPPING CORPORATION | **PREPARED BY:** MANOLIS MANOLAS |
| AND/OR MASTER AND/OR OWNER AND/OR | |
| MANAGERS AND/OR OPERATORS | |
| AND/OR ELETSON CORPORATION | |
| 118 KOLOKOTRONI STR | |
| PIRAEUS, 18535 | |
| GREECE | |

ACTING AS CONTRACTUAL 'SELLERS' AND IN ACCORDANCE WITH THE INSTRUCTIONS RECEIVED FROM THE PURCHASER, "M/V ANTIMILOS (IMO: 9282998)" AND OWNERS, WE CONFIRM THE FOLLOWING BUNKER STEM. THIS TRANSACTION IS COVERED BY OUR STANDARD TERMS AND CONDITIONS, A COPY OF WHICH IS IN YOUR POSSESSION. IF YOU HAVE NOT RECEIVED A COPY, ONE IS AVAILABLE IMMEDIATELY UPON REQUEST OR VIA OUR WEBPAGE AT HTTP://WWW.PRAXISENERGYAGENTS.COM. THE ACCEPTANCE OF MARINE FUELS, LUBRICANTS AND/OR SUPPLIES BY THE NOMINATED VESSEL SHALL BE DEEMED TO CONSTITUTE THE CLEAR ACCEPTANCE OF OUR STANDARD TERMS AND CONDITIONS, WHICH INCLUDE EXPRESSLY SELLER'S MARITIME LIEN RIGHTS.

| | |
|---|---|
| **SELLER / SUPPLIER:** | PRAXIS ENERGY AGENTS L.L.C. |
| **BDR / BARGE OPERATOR:** | NORTHSTAR N.V. |
| **VESSEL:** | M/V ANDIMILOS (IMO: 9282998) |
| **PORT OF DELIVERY:** | ROTTERDAM |
| **DELIVERY DATE:** | 15-16 December 2019 |
| **EXTRA CHARGES:** | OVERTIME, TAXES, PORT & TERMINAL DUES., FOR BUYERS' ACCOUNT IF INCURRED |
| **OBSERVERS:** | OPERATIONS TO BE WITNESSED BY THE VESSEL'S REPRESENTATIVE. |
| **AGENTS:** | VOPAK AGENCIES ROTTERDAM  BV |
| | PHONE +31 10 2942 265 |
| | FAX   +31 10 2942 114 |
| | EMAIL AGENCIES.ROTTERDAM@VOPAK.COM |
| **TERMS OF PAYMENT:** | WITHIN 30 DAYS DUE NET FROM DATE OF DELIVERY VIA WIRE TRANSFER AGAINST ORIGINAL INVOICE AND DELIVERY RECEIPT(S) |

| Product ID / Description | Quantity / UOM | Net Price / Qty |
|---|---:|---:|
| VLSFO 0.5% | 1,100.000 MT | USD 508.00 / MT |
| LS MGO | 280.000 MT | USD 566.00 / MT |

1. ALL DELIVERIES IN ROTTERDAM  ARE PLACED SUBJECT TO WEATHER PERMITTING AND FIRST COME FIRST SERVE BASIS ;
2. VESSELS MASTER/AGENT  MUST  PROVIDE ACCURATE 72/48/24 HRS NOTICES
3. IN CASE OF SUPPLY AT EUROPORT AN EXTRA CHARGE OF USD 150.00 L/S TO APPLY;
4. IN CASE OF CANCELLATION FOR ANY REASON ANY CANCELLATION CHARGES TO BE AT BUYERS ACCOUNT ;
5. THE SUPPLIER IS ENTITLED TO REVIEW THE ABOVE PRICE IN CASE ETA EXCEED 24 HRS AFTER ORIGINAL NOMINATED ONE, WHILE DELAY DUE TO LATE ARRIVAL IS POSSIBLE ;
6. MEASUREMENTS OF THE BARGE'S TANKS SHOULD BE TAKEN PRIOR AND AFTER THE BUNKERING OPERATION, AND THE FIGURES OBTAINED THEREIN SHALL BE THE ONLY ONES TO BIND ALL PARTIES FOR THE FINAL DETERMINATION OF QUANTITY DISPUTES ;
7. DURING BUNKERING OPERATIONS THE SEALED REPRESENTATIVE SAMPLES SHALL BE TAKEN FROM THE

E&OE



Worldwide Marine Oil Suppliers

1725 Hughes Landing Blvd., Suite 890
The Woodlands, TX 77380, USA
TEL: +1 713.622.0600 FAX: +1 713.622.0609 EMAIL:HOUSTON@PRAXISENERGYAGENTS.COM

| BUNKER NOMINATION | CONTRACT NUMBER: | 23211 |
|---|---|---|

BARGES MANIFOLD, AND SHALL BE THE ONLY ONES TO BIND ALL PARTIES IN THE EVENT OF A QUALITY DISPUTE.
8. DURING BUNKERING OPERATIONS, NO LESS THAN ONE SEALED REPRESENTATIVE SAMPLE CAN BE TAKEN IN COMPLIANCE WITH THE MARPOL ANNEX VI GUIDELINES; AS LONG AS THEY DO NOT DEFY SAFETY PROCEDURES OR THE PHYSICAL SUPPLIER'S PRACTISING STANDARDS ;
9. QUALITY SPECIFICATIONS TO BE IN ACCORDANCE WITH THE INTERNATIONAL STANDARDS AS THOSE SET BY THE INTERNATIONAL STANDARDIZATION ORGANIZATION ISO 8217/2005 (E) AND THE LATEST REGULATIONS OF THE MARPOL ANNEX VI ;

E&OE