UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NORTHSTAR BUNKER N.V.** <br> *Plaintiff*, <br> <br> V. <br> <br> **PRAXIS ENERGY AGENTS, L.L.C.** <br> *Defendant* <br> ------------------------------------------------------------ <br> **PRAXIS ENERGY AGENTS, LLC** <br> *Third-Party Plaintiff*, <br> <br> V. <br> <br> **M/T ANDIMILOS, IMO No. 9282998,** <br> her engines, freights, apparel, <br> appurtenances, tackle, etc., *in rem*, and <br> **VENETIKO SHIPPING CORPORATION,** <br> *in personam*, <br> *Third-Party Defendants*. | § § § § § § § § § § § § § § § § § § § § | <br> <br> <br> <br> <br> <br> C.A. No. 4:20-CV-01195 <br> <br> Rule 9(h) Admiralty |

**JOINT MOTION TO DISBURSE FUNDS FROM THE COURT'S REGISTRY**

COMES NOW, Venetiko Shipping Corporation ("Venetiko"), Northstar Bunker N.V. ("Northstar"), and Praxis Energy Agents, LLC ("Praxis"), by and through undersigned counsel who jointly move this Honorable Court for an Order disbursing funds currently held in the registry of the Court.

**RELEVANT PROCEDURAL BACKGROUND**

On April 3, 2020, Northstar sued Praxis, asserting a breach of contract claim for unpaid bunker fuel. Doc. 1. On May 20, 2020, Praxis filed a third-party complaint, thereby tendering Northstar's claims to Venetiko. Doc. 9. On June 24, 2020, Venetiko deposited $685,000 into the registry of the Court as substitute security for the M/T ANDIMILOS in accordance with this Court's order. Doc. 13.

## ARGUMENT

The parties have resolved all disputes related to this action and jointly move the Court for an Order authorizing the $685,000.00, including all interest earned, to be disbursed in two separate checks, on the grounds that the parties have reached an agreement regarding the disposition of the funds in the Court's Registry as follows:

1) Northstar is to receive a check from the funds on deposit in the amount of $425,000.00, made payable to "Meyer Orlando LLC, as attorneys," and mailed or delivered to Michael Orlando, Esq. at Meyer Orlando LLC, 13201 Northwest Freeway, Suite 119, Houston, Texas 77040;

2) Venetiko is to receive a check on the remaining balance of the funds on deposit—$260,000.00—plus all interest accrued on the funds on deposit to date, made payable to "Royston, Rayzor, Vickery & Williams, LLP, as attorneys," and mailed or delivered to Dimitri P. Georgantas, Esq. at Royston, Rayzor, Vickery and Williams, LLP, 1600 Smith Street, Suite 5000, Houston, Texas 77002.

Following disbursement of the funds, the parties will file an appropriate Joint Stipulation of Dismissal with the Court.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Venetiko, Northstar, and Praxis pray for an Order directing the Clerk of Court to disburse the funds on deposit by issuing the two (2) separate checks as requested above, all as set forth in the attached proposed Order.

Respectfully submitted,

| ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | CHALOS & CO, P.C. |
|---|---|
| /s/ *Dimitri P. Georgantas* | /s/ *Briton P. Sparkman*                    * |
| Dimitri P. Georgantas | George M. Chalos |
| Federal ID No. 2805 | Federal ID No. 623727 |
| State Bar No. 07805100 | Briton P. Sparkman |
| Eugene W. Barr | Federal ID No. 1148116 |
| Federal ID No. 1144784 | 7210 Tickner Street |
| State Bar No. 24059425 | Houston, Texas 77055 |
| 1600 Smith Street, Suite 5000 | Telephone: 713.936.2427 |
| Houston, Texas 77002 | Facsimile: 866.702.4577 |
| Telephone: 713.224.8380 | gmc@chaloslaw.com |
| Facsimile: 713.225.9945 | bsparkman@chaloslaw.com |
| dimitri.georgantas@roystonlaw.com | |
| eugene.barr@roystonlaw.com | ATTORNEYS FOR PRAXIS ENERGY AGENTS, LLC |
| ATTORNEYS FOR VENETIKO SHIPPING CORPORATION | |

MEYER ORLANDO LLC

/s/ *Michael A. Orlando*                    *
   Michael A. Orlando
   Federal ID No. 1814
   Mike A. Orlando, Jr.
   Federal ID No. 1051267
   13201 Northwest Freeway, Suite 119
   Houston, Texas 77040
   Telephone:  713.460.9800
   Facsimile:  713.460.9801
   morlando@meyerorlando.com
   mikejr@meyerorlando.com

ATTORNEYS FOR NORTHSTAR BUNKER N.V.

* Signed with permission

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of October, 2021, I served a true and correct copy of the foregoing, via the CM/ECF system, which will send an electronic notice of filing to all counsel of record.

                                                    */s/ Dimitri P. Georgantas*
                                                    Dimitri P. Georgantas