United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTHSTAR BUNKER N.V., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-01195 |
| § | |
| PRAXIS ENERGY AGENTS LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Considering the foregoing joint motion to disburse funds from the court's registry Dkt. No. 46);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of this Court is hereby authorized and directed to draw a check on the funds on deposit in the amount of $425,000.00, made payable to "Meyer Orlando LLC, as attorneys," and mailed or delivered to Michael Orlando, Esq. at Meyer Orlando LLC, 13201 Northwest Freeway, Suite 119, Houston, Texas 77040;

**IT IS FURTHER ORDERED** that the Clerk of this Court is hereby authorized and directed to draw a check for the remaining balance of the funds on deposit—$260,000.00—plus all interest accrued on the funds on deposit to date, made payable to "Royston, Rayzor, Vickery & Williams, LLP, as attorneys," and

mailed or delivered to Dimitri P. Georgantas, Esq. at Royston, Rayzor, Vickery & Williams LLP, 1600 Smith Street, Suite 5000, Houston, Texas 77002.

It is so ORDERED.

SIGNED on this 4th day of November, 2021.

_____
Kenneth M. Hoyt
United States District Judge

